# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CASE NO. 3:22-CV-235-FDW-DCK

| | |
|---|---|
| FINANCIAL INDEPENDENCE GROUP, LLC, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) **ORDER** <br>) |
| JOSHUA GENTRY, EPIK ADVISORS, LLC, and ASHLEY KILMARTIN, | )<br>)<br>) |
| Defendants. | )<br>)<br>) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 5) filed by C. Grainger Pierce, Jr., concerning J. Eric Weslander, on June 21, 2022. J. Eric Weslander seeks to appear as counsel *pro hac vice* for Defendants. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 5) is **GRANTED**. J. Eric Weslander is hereby admitted *pro hac vice* to represent Defendants.

**SO ORDERED**.

Signed: June 21, 2022

David C. Keesler
United States Magistrate Judge