IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| FINANCIAL INDEPENDENCE GROUP, LLC , <br><br> Plaintiff/Counterclaim Defendant, <br><br> v. <br><br> JOSHUA GENTRY, in his personal capacity; EPIK ADVISORS, LLC; and ASHLEY KILMARTIN, in her personal capacity, <br><br> Defendants/Counterclaim Plaintiffs. | Civil Action No. 3:22-cv-235-FDW-DCK <br><br> **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |

Pursuant to Rules 41(a)(1)(A)(ii) and 41(c) of the Federal Rules of Civil Procedure, Plaintiff Financial Independence Group, LLC ("Plaintiff") and Defendants Joshua Gentry, in his personal capacity, Epik Advisors, LLC and Ashley Kilmartin, in her personal capacity (collectively, "Defendants"), jointly and through their respective counsel, stipulate that the above-captioned action, including Plaintiff's claims against Defendants and Defendants' counterclaims and putative counterclaims against Plaintiff, are dismissed in their entirety with prejudice, with each party to bear their own costs and fees.

The 6th day of June, 2023.

| | |
|---|---|
| */s/ Matthew S. Brown*  <br>Stephen D. Dellinger, Bar No. 16609  <br>sdellinger@littler.com  <br>Matthew S. Brown, Bar No. 53001  <br>mabrown@littler.com  <br>LITTLER MENDELSON, P.C.  <br>620 South Tryon Street, Suite 950  <br>Charlotte, NC  28202  <br>Telephone:    704.972.7000  <br>Facsimile:     704.333.4005  <br>  <br>*Attorneys for Plaintiff/Counterclaim Defendant* | */s/ C. Grainger Pierce, Jr.*  <br>C. Grainger Pierce, Jr., Bar No. 27305  <br>grainger.pierce@vraplaw.com  <br>VAN HOY, REUTLINGER, ADAMS & PIERCE, PLLC  <br>737 East Boulevard  <br>Charlotte, NC  28203  <br>Telephone:    704.375.6022  <br>Facsimile:     704.375.6024  <br>  <br>J. Eric Weslander (admitted *pro hac vice*)  <br>eweslander@stevensbrand.com  <br>STEVENS & BRAND L.L.P.  <br>900 Massachusetts Street, Suite 500  <br>P.O. Box 189  <br>Lawrence, KS 6044  <br>Telephone:  785.843.0811  <br>Facsimile:    785.843.0341  <br>  <br>*Attorneys for Plaintiffs/Counterclaim Defendants* |

# CERTIFICATE OF SERVICE

I hereby certify that on June 6th, 2023, the undersigned electronically filed the foregoing **JOINT STIPULATION OF DISMISSAL WITHI PREJUDICE** with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing to the following attorney of record:

C. Grainger Pierce, Jr.
grainger.pierce@vraplaw.com
G. Bryan Adams, III
bryan.adams@vraplaw.com
VAN HOY, REUTLINGER, ADAMS & PIERCE, PLLC
737 East Boulevard
Charlotte, NC 28203
Telephone: (704) 375-6022
Facsimile: (704) 375-6024

J. Eric Weslander
eweslander@stevensbrand.com
STEVENS & BRAND, LLP
900 Massachusetts Street, Suite 500
P.O. Box 189
Lawrence, KS 66044
Telephone: (785) 843-0811
Facsimile: (785) 843-0341

*Attorneys for Defendants/Counterclaim Plaintiffs*

/s/ Matthew S. Brown
Matthew S. Brown, N.C. Bar No. 53001
mabrown@littler.com
LITTLER MENDELSON, P.C.
620 South Tryon Street, Suite 950
Charlotte, NC 28202
Telephone: 704.972.7000
Facsimile: 704.333.4005

*Attorney for Plaintiff/Counterclaim Defendant*

4872-5370-9159.1 / 095953-1003